IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINTON J. MORRIS,<br><br>Defendant. | CR 23–54–M–DWM<br><br><br><br>ORDER |

On February 8, 2024, the Clerk of Court received a letter written by the Defendant stating that this Court lacks jurisdiction over this matter. (*See* Doc. 19.) Although not styled as such, this letter is construed as the Defendant's opening brief in support of his appeal of his conviction before the magistrate judge. (*See* Doc. 18 (order setting briefing schedule).) Because the Defendant has not ordered the transcript of those proceedings, his challenge will be considered on the narrow legal grounds raised therein: jurisdiction. Accordingly,

IT IS ORDERED that the Court's previous briefing schedule, (*see id.*), is modified as follows:

1

(1) The government's response brief must be served and filed by **February 26, 2024**.

(2) the Defendant's reply must be served and filed by **March 11, 2024**.

DATED this 14th day of February, 2024.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court